UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Oscar G.S.C.,

Petitioner,

v.

Todd Blanche, *Attorney General*; Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*; David J. Venturella, *Acting Director of Immigration and Customs Enforcement*; and David Easterwood, *Acting Director, St. Paul Field Office, Immigration and Customs Enforcement*,

Respondents.

File No. 26-cv-4017 (ECT/ECW)

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

---

Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation on October 6, 2026. ECF No. 8. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT** the Report and Recommendation [ECF No. 8] is **ACCEPTED** as follows:

1. Petitioner Oscar G.S.C.'s Verified Petition for Writ of Habeas Corpus [ECF No. 1] is **GRANTED**; and

2. Respondents shall release Petitioner from custody immediately, and in any case no later than 11:00 a.m. Central Time on November 5, 2026.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 4, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
Chief Judge, United States District Court